NEWTON D. BARTLE, as Trustee in Bankruptcy of WESTERLEA BUILDERS, INC., Appellant, v. HOME OWNERS COOPERATIVE, INC., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.   [See *ante,* p. 1113.]

THOMAS J. E. KEMP et al., Respondents, v. LUNDBERG AND McCULLOUGH, INC., et al., Appellants.— Appeals dismissed, without costs, upon stipulation.

JOSEPHINE GORGONI, Appellant, v. CAROLINE A. PAVIA, Respondent.— Appeal dismissed, without costs, upon stipulation.

ANTHONY GORGONI, Appellant, v. CAROLINE A. PAVIA, Respondent.— Appeal dismissed, without costs, upon stipulation.

FREDERICK A. LUNDY, Appellant, v. JAMES B. MURTAGH, JR., et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD LATSHAW et al., Appellants.— Order of substitution of attorneys entered.

IRENE PEMKIEWICZ, Respondent, v. DOMINIC THOMASULO, Appellant.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

GARRY WILLIAMS, an Infant, by NORMAN J. WILLIAMS, His Guardian ad Litem, Appellant, v. WALTER MATZELL, Respondent.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

DE FOREST SEARS, Appellant, v. DAVID CRAPO, et al., Respondents.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

MARGARET M. MACPHERSON, Respondent, v. ALEXANDER MACPHERSON, Appellant.— Motion for a stay denied.

## (May 18, 1955.)

STEPHEN MCNALL, Appellant, v. STATE OF NEW YORK, Respondent.   (Claim No. 31457.) — Judgment and order affirmed, without costs of this appeal to either party.   All concur.   (Appeal from a judgment for claimant for appropriation of realty.   The order denied claimant's motion for a new trial on the ground that the award was inadequate and on the ground of newly discovered evidence.)   Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.